**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

TORRENCE "LITTLE BOOSIE" HATCH;
LARRY ANDERSON; TYEON GIVENS; AND
NATHIA ENICE DANIELS AND PEYTON
NICOLE DANIELS, MINORS, BY AND
THROUGH THEIR PARENT AND NEXT
FRIEND, TYEON GIVENS                                                    **PLAINTIFFS**

VS.                                              **CIVIL ACTION NO.: 1:17CV307HSO-JCG**

DILLARD'S, INC.; JIM WILSON & ASSOCIATES,
LLC; WEISER SECURITY SERVICES, INC;
CITY OF BILOXI; AND JOHN
DOES 1-10                                                              **DEFENDANTS**

## MOTION TO WITHDRAW

COMES NOW, the undersigned counsel, Darryl A. Wilson and files this Motion to Withdraw as counsel for Defendant, Weiser Security Services, Inc., in this matter.  Mr. Wilson moves to withdraw due to his departure from the law firm of MARON MARVEL BRADLEY ANDERSON & TARDY LLC.  Defendant, Weiser Security Services, Inc. will continue to be represented by the law firm of MARON MARVEL BRADLEY ANDERSON & TARDY LLC, John C. McCants, III, and Edderek L. Cole and therefore, no party will suffer any prejudice and there will be no delay or interference in the disposition of this case.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter and order allowing Darryl A. Wilson to be allowed to withdraw from this action.

Respectfully submitted, this the 11th day of December, 2018.

> **WEISER SECURITY SERVICES, INC.,**
> **Defendant**
>
> By:     */s/ Darryl A. Wilson*
> Darryl A. Wilson (MSB #104902)
> Edderek L. Cole (MSB #100444)
> John C. McCants, III (MSB #100031)

OF COUNSEL:

MARON MARVEL BRADLEY ANDERSON & TARDY, LLC
200 South Lamar Street, Suite 550N
City Centre
Post Office Box 22803
Jackson, Mississippi 39225
Telephone: (601) 812-6630
Facsimile:  (601) 206-0119
dwilson@maronmarvel.com
bcole@maronmarvel.com
JMcCantsIII@maronmavel.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for Defendant, Weiser Security Service, Inc., hereby certify that I have this day filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel who have electronically registered with the Court:

Ed A. Flechas, Esq.
Flechas Litigation Group, PLLC
318 South State Street
Jackson, Mississippi 39201
edflechas@aol.com
*Attorney for Plaintiffs*

Dennis C. Sweet, III, Esq.
Jeffrey G. Graves, Esq.
Sweet & Associates
158 East Pascagoula Street
Jackson, Mississippi 39201
dennis.sweet@sweetandassociates.net
jeffreyg@sweetandassociates.net
*Attorneys for Plaintiffs*

Matthew M. Williams, Esq.
Ryan M. Hall, Esq.
Galloway, Johnson, Tompkins,
  Burr & Smith, A PLC
2510 14th Street, Suite 910
Gulfport, Mississippi 39501
mwilliams@gallowaylawfirm.com
rhall@gallowaylawfirm.com
*Attorneys for Defendant Dillard's, Inc.*

Arthur D. Spratlin, Jr., Esq.
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
P. O. Box 6010
Ridgeland, Mississippi 39158-6010
art.spratlin@butlersnow.com
*Attorneys for Defendant Dillard's, Inc.*

William E. Whitfield, III, Esq.
Johnny L. Nelms, Esq.
Copeland, Cook, Taylor &
    Bush, P.A.
2781 C.T. Switzer Sr. Drive
Biloxi, Mississippi 39502-0010
bwhitfield@wewiii.net
mtownsley@cctb.com
jnelms@cctb.com
*Attorneys for Jim Wilson & Associates, LLC*

J. Henry Ros, Esq.
Nicole W. Sullivan, Esq.
Currie Johnson & Myers, P.A.
925 Tommy Munro Drive, Suite H
Biloxi, Mississippi 39532
hros@curriejohnson.com
nsullivan@curriejohnson.com
*Attorneys for Defendant City of Biloxi, Mississippi*

This the 11th day of December, 2018.

> */s/ Darryl A. Wilson*
> Darryl A. Wilson